# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                 )        Civil Action No. 1:13-CV-10001-GAO
SCOTT MATALON           )
     Plaintiff          )
                                )
v.                           )
                                )
CITY OF BOSTON,        )
MARY ANN O'NEIL      )
JOSEPH HYNNES        )
JOHN DOES             )
     Defendants      )
_____)

## MOTION IN LIMINE TO EXCLUDE MARIJUANA FOUND ON PLAINTIFF'S PERSON
_____

        The plaintiff hereby respectfully requests that this Honorable Court exclude any

testimony regarding the fact that marijuana was found on Mr. Matalon's person at the time of

arrest. The plaintiff asserts that this testimony is prejudicial and misleading.  There is no question

that the officer's initiated an illegal arrest of Mr. Matalon prior to finding any marijuana.  The

fact that marijuana was found on Mr. Matalon's person could confuse and mislead the jury about

the decision to arrest.

        Therefore, the plaintiff is requesting that this Honorable Court exclude any evidence

and/or testimony that marijuana was found on his person.

                                  RESPECTFULLY SUBMITTED,
                                  PLAINTIFF

Dated:  September 16, 2014

                                _/s/ *Robert S. Sinsheimer*_____
                                Robert S. Sinsheimer, BBO No. 464940
                                Lauren Thomas, Esq. BBO No. 667973
                                Sinsheimer and Thomas
                                92 State Street, 9th Floor
                                Boston, MA 02109

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 16, 2014.

*/s/ Robert S. Sinsheimer*