UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT MATALON )<br>    Plaintiff )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>MARY ANN O'NEIL )<br>JOSEPH HYNNES )<br>JOHN DOES )<br>    Defendants ) | Civil Action No. 1:13-CV-10001-GAO |

**PLAINTIFF'S POSITION ON ILLEGAL ENTRY**
___

    The plaintiff believes that the police entry into Mr. Matalon's home was illegal, as a matter of law. See e.g. <u>Florida v. Jardines</u>, -- U.S. --, 133 S. Ct. 1409 (2013) and <u>Commonwealth v. Knowles</u>, 451 Mass. 91 (2008).

    Plaintiff believes in good faith that this will be made clear throughout the evidence.

    Thus, plaintiff will be asking the court, at the close of the evidence to enter a partial directed verdict as to this issue, or otherwise take the issue from the jury.

    Therefore, plaintiff request that the court not instruct the jury that they will need to decide this issue. While the court may wish to advise the jury that the question will be an important one in the case, the question should not be put to the jury until the government introduces sufficient evidence to support its theory of entry.

1

|  |  |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| | PLAINTIFF |
| Dated: September 16, 2014 | |
| | _/s/ *Robert S. Sinsheimer*_____ |
| | Robert S. Sinsheimer, BBO No. 464940 |
| | Lauren Thomas, Esq. BBO No. 667973 |
| | Sinsheimer and Thomas |
| | 92 State Street, 9th Floor |
| | Boston, MA 02109 |
| | 617-722-9954 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 16, 2014.

*/s/ Robert S. Sinsheimer*