UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT MATALON )<br>    Plaintiff )<br> )<br>v. )<br> )<br>CITY OF BOSTON, )<br>MARY ANN O'NEIL )<br>JOSEPH HYNNES )<br> )<br>    Defendants ) | Civil Action No. 1:13-CV-10001-LTS |

**MOTION FOR JUDICIAL NOTICE OF
THE DEFINITION OF THE WORD CURTILAGE**

---

The Plaintiff respectfully requests this Honorable Court, to take judicial notice of the law of the United States and/or Commonwealth of Massachusetts with regards to the common definition of the word "Curtilage" as follows:

> The word Curtilage means the area "immediately surrounding and associated with the home." Florida v. Jardines, – U.S. – 133 S. Ct. 1409, 1414, (2013). "The front porch is the classic exemplar of an area adjacent to the home and 'to which the activity of home life extends'" Id. at 1415.

|  |  |
|---|---|
|  | Respectfully Submitted: |
|  | SCOTT MATALON, |
|  | By and through his attorneys, |
| Dated: September 18, 2014 |  |
|  | */s/ Robert S. Sinsheimer*_____ |
|  | Robert S. Sinsheimer, BBO#464940 |
|  | Lauren Thomas, BBO#667973 |
|  | Michael Harriman, BBO#680061 |
|  | SINSHEIMER & ASSOCIATES |
|  | Boston, MA 02116 |
|  | 92 State Street, 9th Floor |
|  | Boston, MA 02109 |
|  | T: (617) 722-9954 |
|  | F: (617) 722-9950 |
|  | sinsheimer@sinsheimerlaw.com |

**Certificate of Service**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2014.

*/s/ Robert S. Sinsheimer*