UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCOTT MATALON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-10001-LTS |
| | ) | |
| MARY ANN O'NEILL and | ) | |
| JOSEPH HYNES, | ) | |
| | ) | |
| Defendants. | ) | |

SPECIAL VERDICT QUESTIONS FOR THE JURY

## CIVIL RIGHTS CLAIMS

**Wrongful Search:**

1. Did one or both defendants, Mary Ann O'Neill and Joseph Hynes, violate plaintiff Scott Matalon's rights under the United States Constitution by searching Scott Matalon's home without a lawful basis?

    (a) Mary Ann O'Neill      YES: _X_     NO: ___
    (b) Joseph Hynes          YES: ___     NO: _X_

    *Now, please answer Question 2.*

**False Arrest:**

2. Did one or both defendants, Mary Ann O'Neill and Joseph Hynes, violate plaintiff Scott Matalon's rights under the United States Constitution by arresting Scott Matalon without probable cause?

    (a) Mary Ann O'Neill      YES: ___     NO: _X_
    (b) Joseph Hynes          YES: ___     NO: _X_

    *Now, please answer Question 3.*

**Excessive Force:**

3. Did one or both defendants, Mary Ann O'Neill and Joseph Hynes, violate plaintiff Scott Matalon's rights under the United States Constitution by using excessive force?

   (a) Mary Ann O'Neill   YES: _____   NO: _X_
   (b) Joseph Hynes       YES: _X_    NO: _____

   *Now, please answer Question 4.*

**Conspiracy:**

4. Did both defendants, Mary Ann O'Neill and Joseph Hynes, conspire with each other to violate plaintiff Scott Matalon's civil rights?

   YES: _____    NO: _X_

   *If you answered "YES" to any part of Questions 1, 2, 3, or 4, please answer Question 5. If you answered "NO" to all parts of Questions 1, 2, 3, and 4, please go directly to Question 7 and answer it.*

5. Did the actions of one or both defendants, Mary Ann O'Neill and Joseph Hynes, cause or substantially contribute to causing plaintiff Scott Matalon's injuries and losses?

   (a) Mary Ann O'Neill   YES: _X_   NO: _____
   (b) Joseph Hynes       YES: _X_   NO: _____

   *If you answered "YES" to any part of Question 5, please answer Question 6. If you answered "NO" to both parts of Question 5, please go directly to Question 7 and answer it.*

**Civil Rights Damages:**

6. Plaintiff Scott Matalon is awarded compensatory damages against defendant(s), Mary Ann O'Neill and/or Joseph Hynes, in the amount of

   a. $ _50,000_ (amount expressed in numbers)
   b. _Fifty thousand dollars_ (amount expressed in words)

   *Now, please answer Question 7.*

## COMMON LAW MALICIOUS PROSECUTION CLAIM

7. Did one or both defendants, Mary Ann O'Neill and Joseph Hynes, maliciously institute criminal proceedings against plaintiff Scott Matalon?

   (a) Mary Ann O'Neill     YES: _____     NO: __X__
   (b) Joseph Hynes         YES: _____     NO: __X__

   *If you answered "YES" to any part of Question 7, please answer Question 8. If you answered "NO" to both parts of Question 7, please sign and date the form and inform the court officer that you have reached a verdict.*

8. Did the actions of one or both defendants, Mary Ann O'Neill and Joseph Hynes, cause or substantially contribute to causing Scott Matalon's injuries and loss?

   (a) Mary Ann O'Neill     YES: _____     NO: _____
   (b) Joseph Hynes         YES: _____     NO: _____

   *If you answered "YES" to any part of Question 8, please answer Question 9. If you answered "NO" to both parts of Question 8, please sign and date the form and inform the court officer that you have reached a verdict.*

**Malicious Prosecution Damages:**

9. Plaintiff Scott Matalon is awarded compensatory damages against defendant(s), Mary Ann O'Neill and/or Joseph Hynes, in the amount of

   a. $_____ *(amount expressed in numbers)*

   _____ *(amount expressed in words)*

   *If you answered "YES" to Question 2(a), please now answer Question 10.*

   *If you answered "NO" to Question 2(a), but "YES" to Question 2(b), please go directly to Question 11 and answer it.*

   *If you answered "NO" to both parts of Question 2, please sign and date the form and inform the court officer that you have reached a verdict.*

3

## FALSE ARREST PROSECUTION DAMAGES

10. Did the actions of defendant Mary Ann O'Neill proximately cause plaintiff Scott Matalon to suffer compensatory damages for any direct costs of his criminal prosecution.

    YES: _____     NO: _____

    *If you answered "YES" to Question 2(b), please answer Question 11. If you answered "NO" to Question 2(b), please sign and date the form and inform the court officer that you have reached a verdict.*

11. Did the actions of defendant Joseph Hynes proximately cause plaintiff Scott Matalon to suffer compensatory damages for any direct costs of his criminal prosecution.

    YES: _____     NO: _____

    *Please sign and date the form and inform the court officer that you have reached a verdict.*

I hereby certify the foregoing answers are the unanimous answers of the jury.

_Alex Mueller_
Jury Foreperson

_10-3-14_
Dated: