UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCOTT MATALON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-10001-LTS |
| MARY ANN O'NEILL and JOSEPH HYNES, | ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

March 31, 2015

SOROKIN, J.

The Court issues this Judgment nunc pro tunc effective October 3, 2014, the date of the jury's verdict.

Pursuant to the jury's verdict, the Court enters judgment in favor of Plaintiff Scott Matalon in the amount of $50,000 against (1) Defendant Mary Ann O'Neill for unlawful search in violation of the Fourth Amendment to the United States Constitution and (2) Defendant Joseph Hynes for excessive force in violation of the Fourth Amendment to the United States Constitution. The Court does not award prejudgment interest as Plaintiff explicitly waived such interest.

In accordance with the jury's verdict, the Court also enters judgment in favor of Defendants and against Plaintiff on all other claims.

                                    SO ORDERED.

                                    /s/ Leo T. Sorokin
                                    Leo T. Sorokin
                                    United States District Judge