UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SCOTT MATALON,                      )
                                    )
      Plaintiff,                   )
                                    )
v.                                  )   Civil Action No. 13-10001-LTS
                                    )
MARY ANN O'NEILL and                )
JOSEPH HYNES,                       )
                                    )
      Defendants.                  )
_____)

AWARD OF ATTORNEYS' FEES AND COSTS

March 31, 2015

SOROKIN, J.

    The Court awards Plaintiff Scott Matalon attorneys' fees and costs from Defendants Mary Ann O'Neill and Joseph Hynes in the amount of $134,642.35.

                                        SO ORDERED.

                                        /s/ Leo T. Sorokin
                                        Leo T. Sorokin
                                        United States District Judge